Query     Reports     Utilities     Help     What's New     Log Out

SMM

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:23-cr-80088-RS-1

| | |
|---|---|
| Case title: USA v. Weglowski | Date Filed: 05/18/2023 |

Assigned to: Judge Rodney Smith

**Defendant (1)**

**Jennifer Weglowski**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:U.S.C.§1349 CONSPIRACY TO COMMIT BANK FRAUD<br>(1) | |
| 18:U.S.C.§1028A(a)(1) AGGRAVATED IDENTITY THEFT<br>(2) | |
| 18:U.S.C.§1028(a)(7) IDENTITY THEFT<br>(3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**     represented by     **Laurence M. Bardfeld**
United States Attorney's Office
500 E Broward Boulevard

7th Floor
Fort Lauderdale, FL 33301-3002
954 660-5721
Fax: 356-7336
Email: laurence.bardfeld@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2023 | 1 | INDICTMENT as to Jennifer Weglowski (1) count(s) 1, 2, 3. (at) (Additional attachment(s) added on 5/18/2023: # 1 Restricted Unredacted Indictment) (at). (Entered: 05/18/2023) |
| 05/18/2023 | | SYSTEM ENTRY - Docket Entry 2 restricted/sealed until further notice. (at) (Entered: 05/18/2023) |
| 06/22/2023 | 3 | NOTICE to Transfer to Fugitive Status as to Jennifer Weglowski (pm) (Entered: 06/22/2023) |